THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD BLICK, | CASE NO. C20-1877-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Mr. Blick's motion for compassionate release (Dkt. No. 7) and related documents (Dkt. Nos. 8, 9), which were incorrectly filed in this 28 U.S.C. § 2255 action. The Court DIRECTS counsel for Mr. Blick in *United States v. Blick*, Case No. CR17-0216-JCC, to refile the motion for compassionate release and related documents under that case number and DIRECTS the Clerk to terminate the pending motions (Dkt. Nos. 7, 8).

DATED this 23rd day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk